UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:19 MJ 07255 SPM |
| | ) | |
| DEVEN STRAUTHER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Special Assistant United States Attorney for said District, and for its Motion to Continue, states as follows:

This matter was recently set for a preliminary hearing on July 2, 2019. However, counsel for the government expects an indictment will be filed in this case within the timeframe provided by Rule 5.1.  Counsel for the government is requesting a new hearing date of July 11, 2019.

Accordingly, the United States requests that this Honorable Court grant the Government's Motion to Continue.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ *Jennifer L. Szczucinski*
JENNIFER L. SZCZUCINSKI #56906 MO
Special Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

1

## **CERTIFICATE OF SERVICE**

Copy of the foregoing was sent by electronic mail this 1st day of July, 2019, to: Federal Public Defender's Office.

                                                */s/ Jennifer L. Szczucinski*
                                                SPECIAL ASSISTANT UNITED STATES ATTORNEY